# MEMORANDUM DECISIONS.

ADAMS et al., Respondents, v. ELWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Mary Ann Adams and another as executors, etc., against George A. Elwood. No opinion. Motion to dismiss appeal denied.

A. G. HYDE & SONS v. LESSER. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by A. G. Hyde & Sons against Tobias Lesser. No opinion. Motion denied.

In re ALDERMAN. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) In the matter of the application of Allen C. Alderman for admission to the bar. No opinion. Application granted.

ALDRICH v. LANNING. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Loenza J. Aldrich against William H. Lanning. No opinion. Motion to dismiss appeal denied, with $10 costs and disbursements.

AMERICAN AUDIT CO. v. INDUSTRIAL FEDERATION OF AMERICA. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by the American Audit Company against the Industrial Federation of America. No opinion. Motion denied.

APOLLONIO, Appellant, v. LANGLEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Clara F. Apollonio against Edward D. W. Langley, individually and as administrator de bonis non with the will annexed of Frances A. Skinner. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Hart v. Hart, 45 App. Div. 280, 61 N. Y. Supp. 131.

APPLIN, Appellant, v. SHELLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Porter Applin against Fred A. Shelley. PER CURIAM. Judgment affirmed, with costs. *Held*, that the complaint does not state facts sufficient to constitute a cause of action.

ARMFIELD, Respondent, v. GREENWALD, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by William Armfield against Charles Greenwald. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

A. T. HAGEN CO., Respondent, v. BANNER STEAM LAUNDRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by the A. T. Hagen Company against the Banner Steam Laundry. No opinion. Judgment and order affirmed, with costs.

ATKINS, Respondent, v. FAY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Thomas R. Atkins against Edwin R. Fay and others.
PER CURIAM. Judgment affirmed, with costs.
HISCOCK, J., dissents, upon the ground that the plaintiff did not establish his claim with a sufficient degree of certainty.

BACH, Appellant, v. BUTTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Julius Bach against Charles G. Butts and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant upon the nonsuit, with costs to the defendant.

BAGLEY & SEWELL CO., Appellant, v. BYRON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by the Bagley & Sewell Company against Charles Byron, individually, etc. No opinion. Judgment affirmed, with costs.

BALL, Respondent, v. HOYT, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Charles W. Ball against Arthur S. Hoyt. No opinion. Judgment and order unanimously affirmed, with costs.

BANK OF GENESEE, Appellant, v. DELLINGER, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by the Bank of Genesee against John Dellinger, impleaded, etc. No opinion. Judgment affirmed, with costs, on opinion of SPRING, J., in Doty v. Same Defendant (decided at present term) 87 N. Y. Supp. 1001.

BANNISTER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by George E. Bannister against the city of New York. D. A. Zinke, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. See 82 N. Y. Supp. 244.

BANTA, Respondent, v. MERCHANT, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by

Christopher J. Banta against Thomas B. Merchant.

PER CURIAM, Judgment and order affirmed, with costs.

PARKER, P. J., dissents.

BARMASTER et al., Respondents, v. CORNING, Appellant. (Supreme Court, Appellate Division. Fourth Department. May 24, 1904.) Action by Joseph Barmaster and another against Anna Corning.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

BEEBE, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Lydia M. Beebe against the city of Syracuse.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

BEEMER, Respondent, v. UNITED GOLD & PLATINUM MINES CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Horace J. Beemer against the United Gold & Platinum Mines Company, impleaded, etc. W. W. Cooper, for appellant. C. J. Hardy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEERS, Respondent, v. FISS, DOERR & CARROLL, Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Herman M. Beers against Fiss, Doerr & Carroll and William H. F. Doerr. W. W. Cooper, for appellants. H. Wellman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEERS, Respondent, v. JOHN HANCOCK MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Sarah L. Beers against the John Hancock Mutual Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

BENNETT, Appellant, v. ROCHESTER PRINTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by William Bennett against the Rochester Printing Company. No opinion. Order affirmed, with $10 costs and disbursements.

BESANT v. GLENS FALLS INS. CO. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Joseph B. Besant against the Glens Falls Insurance Company. No opinion. Motion denied.

BEYER, Appellant, v. CITY OF NORTH TONAWANDA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Charlotte Beyer against the city of North Tonawanda.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the notice required to be served by the plaintiff within 10 days after the happening of the alleged accident did not particularly and accurately state the location of the defect complained of, as required by defendant's charter.

WILLIAMS and STOVER, JJ., dissent.

BIDWELL et al., Respondents, v. FAHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Mary I. Bidwell and another against Patrick Fahy. No opinion. Judgment affirmed, with costs.

BIRDSINGER, Appellant, v. McCORMICK HARVESTING MACH. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 25, 1904.) Action by Daniel Birdsinger against the McCormick Harvesting Machine Company.

PER CURIAM. Judgment affirmed, with costs.

SMITH, J., not sitting.

BIVINS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Sophia H. Bivins, as administratrix, etc., of Joseph O. Bivins, deceased, against the Erie Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

BLAIR, Respondent, v. HILDRET, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Lee S. Blair against Anton Hildret. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BLANCHARD v. ARCHER et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Minnie A. Blanchard against Gordon B. Archer, impleaded with another, and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

BLANCHARD v. ARCHER et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Minnie A. Blanchard against Gordon B. Archer and others.

PER CURIAM. This motion for restitution and other relief should be denied. Our order of reversal leaves the parties at liberty to go back to Special Term, and there procure judgment to be entered in accordance with the opinion of this court, by which judgment restitution would doubtless be directed.

BLANCHARD v. MARTIN et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Minnie A. Blanchard against Jennie A. Martin and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.